# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES R. SALEMI

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC., VITOL
RESOURCES, INC., ET AL

NO. 2019 CW 0383

**JANUARY 10, 2022**

---

In Re:    TMR Exploration, Inc. and Raymond J. Lasseigne,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of West Baton Rouge, No. 1041553.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DISMISSED.** This writ application is dismissed
pursuant to relators' motion to dismiss, which advised that the
parties settled all claims and controversies existing between
them in this matter and requested that this writ application be
dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT